E. BRYAN WILSON
Acting United States Attorney

RYAN D. TANSEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: ryan.tansey@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:21-cr-00084-JMK-MMS |
|---|---|
| Plaintiff, | ) <u>COUNT 1</u>: |
| | ) Obstruction of Justice |
| vs. | ) Vio. of 18 U.S.C. § 1503 |
| YALONDA MOORE, | ) |
| Defendant. | ) |

I N F O R M A T I O N

The United States Attorney charges that:

COUNT 1

On or about June 15, 2018, in the District of Alaska and elsewhere, the defendant,

YALONDA MOORE, did corruptly influence, obstruct and impede and endeavor to

influence, obstruct and impede the due administration of justice regarding the Federal Bureau of Investigation (FBI) and District of Alaska grand jury, which were investigating Richard Vaughan, Donald Garner, Dale Johnson and others for bribery and fraud, to wit: YALONDA MOORE informed Donald Garner about her cooperation with the FBI and the FBI's plan to consensually record a telephone call between YALONDA MOORE and Donald Garner with the intent to corruptly thwart and obstruct the grand jury's and FBI's investigation.

All of which is in violation of 18 U.S.C. § 1503.

DATED this 27th day of August 2021, at Fairbanks, Alaska.

E. BRYAN WILSON
Acting United States Attorney

*Ryan D. Tansey*
RYAN D. TANSEY
Assistant U.S. Attorney
United States of America