E. BRYAN WILSON
Acting United States Attorney

RYAN TANSEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Ryan.Tansey@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> YALONDA MOORE, ) <br> ) <br> Defendant. ) <br> ) | No. 3:21-cr-00084-JMK-MMS |

**NOTICE OF RELATED CASE AND MOTION TO CONSOLIDATE**

COMES NOW the United States, by and through undersigned counsel, and hereby gives notice that the above captioned case is related to *U.S. v. Garner et al.*, 3:19-cr-00120-SLG-DMS, which is currently pending before Judge Gleason. Accordingly, the United States respectfully moves the Court to consolidate the above captioned case before Judge Gleason for purposes of judicial efficiency.

//

RESPECTFULLY SUBMITTED August 31, 2021, in Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

*s/ Ryan Tansey*
RYAN TANSEY
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on the filing date a copy
of the foregoing is being served electronically,
via the Court's CM/ECF system, on:

All Counsel of Record

*s/ Ryan Tansey*
Assistant U.S. Attorney