IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| YALONDA MOORE, | ) No. 3:21-cr-00084-JMK-MMS |
| Defendant. | ) |

**PROPOSED ORDER**

Having duly considered the United States' Unopposed Motion to for Joint Arraignment and Change of Plea Hearing, the motion is hereby GRANTED for the reasons set forth in the Government's Motion.

IT IS SO ORDERED

_____         _____
Date