IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>YALONDA MOORE,<br><br>　　　　　　　　Defendant. | Case No. 3:21-cr-00084-JMK<br><br>**ORDER GRANTING EARLY TERMINATION OF PROBATION** |

Before the Court is Defendant's Motion for Early Termination of Probation ("Motion") at Docket 30. The Government and U.S. Probation do not oppose the Motion. Dockets 34 & 36.

The Court may terminate a term of probation pursuant to 18 U.S.C. § 3564(c). The Court has considered the 18 U.S.C. § 3553(a) factors and finds the Motion to be well-taken.

Accordingly, the Motion at Docket 30 is **GRANTED**. The United States Attorney Office shall assume collection of Defendant's monthly restitution payments. Defendant's supervised release is terminated effective September 1, 2023.

IT IS SO ORDERED this 1st day of September, 2023, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　*/s/ Joshua M. Kindred*
　　　　　　　　　　　　　　　　　　JOSHUA M. KINDRED
　　　　　　　　　　　　　　　　　　United States District Judge